**Order entered January 12, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00844-CV

**JAMES BELL MCCOY, Appellant**

**V.**

**CRAIG WATKINS, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13955-B**

## ORDER

Before the Court is appellant's January 6, 2015, motion for appellees to provide Lexis case cites. Appellant asks this Court to order appellees to cite only Lexis or published cases in their pleadings. We **DENY** appellant's motion to provide Lexis case cites.

Also before the Court is appellant's January 6, 2015, motion for extension of time to file appellant's reply brief. We **GRANT** appellant's motion to extend time to file his reply brief and **ORDER** appellant's brief be filed no later than January 23, 2015.

.

/s/    ELIZABETH LANG-MIERS
JUSTICE